P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



COURT OF CRIMINAL APPEALS OF TEXAS

*RTS*

*Discharged*



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

RE: WR-82,390-01

ANDREW EARL WHEELER

UTF

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.40⁶
02 1M
000 4279596  FEB 10 2015
MAILED FROM ZIP CODE 78701